UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RE: ST. JAMES EPISCOPAL HOUSING　　　　CASE NO.11-81647
　　　DEVELOPMENT CORPORATION　　　　　　CHAPTER 11

**MOTION TO SELL PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 363**

Now into court, through the undersigned counsel, comes, ST. JAMES EPISCOPAL HOUSING DEVELOPMENT CORPORATION, the debtor in possession in the above captioned bankruptcy case, who respectfully represents as follows:

1.

Movant is the dully authorized and acting debtor in the above captioned Chapter 11 bankruptcy case.

2.

The debtor in possession is currently operating its business, which provides low income housing and assisted living services to residents operating as a non-profit corporation.

3.

Certain parties have expressed an interest in purchasing Canterbury house, the debtor in possession's principal asset, along with all of its licenses and movable assets.

4.

In order to preserve the estate from continued operating costs, and considering the dearth of operating the debtor in possession currently has, it is in the best interest of the estate and creditors if the sale of Canterbury House is had on an expedited basis.

5.

The debtor in possession would propose to sell any and all assets of St. James Episcopal Housing Development Corporation, including, but not limited to, all business records, employee records, billing and/or patient records, financial statements, licenses, certifications, accreditations, Medicare or Medicaid provider numbers, submit or identification numbers for Medicare or Medicaid, Medicare billing passwords (if any), furniture, fixtures, office equipment, good will, corporate name, supplies, computers hardware and software, and real estate consisting of the building located at the corner of Murray Street and 16th St. in Alexandria, Louisiana, and any other assets physically located at the debtor's place of business.

6.

All sales will be without warranty of title, warranty as to the existence or continuing validity of any licenses or certifications.

7.

All sales will be less and accept cash and accounts receivable collected or accrued prior to the date the sale was consummated.

8.

The purchaser must further agree to maintain and hold the trustee harmless from any obligation to maintain patient or billing records as may be required of the United States of America, State of Louisiana, or any other applicable or legal regulatory authority.

9.

Any entity purchasing one of the debtor corporation's assets must agree to bill all services which are performed by the debtor while being operated by the debtor in possession, but before the sale, and turn over an account for all cash receipts from the said billings.

10.

The terms of the sale will be cash or certified funds at closing, with the closing to occur ten days after a court approval, unless an appeal is taken with a motion for stay pending appeal being granted, with the Trustee having the right to sale to the second highest bidder should the high bidder default without further order of the court or further notice to any party in interest.

11.

The debtor in possession would propose to have an auction on the 21st day of December, 2011, at 9:30 am, at which time the debtor in possession would receive bids and evaluate the same, and give any bidding parties the opportunity to increase their bid until a final high bid is obtained.

12.

The proposed sale is free and clear of all liens and encumbrances, including a certain HUD regulatory agreement recorded in the mortgage records of Rapides Parish.

WHEREFORE, the debtor in possession prays that after due proceedings are had, that this Motion to Sell substantially all assets of the estate be granted, allowing the Trustee to sell the items addressed above under the conditions contained in this Motion, and for such other and further relief as is justified under the premises.

Alexandria, Louisiana, this 5th day of December, 2011.

Respectfully submitted,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/ Bradley L. Drell
Bradley L. Drell (#24387)
Michael J. Floyd (#32454)
B. Gene Taylor, III (#33407)
2001 MacArthur Drive
P. O. Box 6118
Alexandria, Louisiana 71307-6118
Phone: (318) 445-6471 * Fax: (318) 445-6476

**ATTORNEYS FOR ST. JAMES EPISCOPAL HOUSING DEVELOPMENT CORPORATION**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RE: ST. JAMES EPISCOPAL HOUSING　　　　　　　　CASE NO.11-81647
　　　DEVELOPMENT CORPORATION　　　　　　　　　　CHAPTER 11

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Sell Property of the estate Under 11 U.S.C. § 363 were served on:

| | |
|---|---|
| Eric Holder, Atty. General<br>5137 Robert F. Kennedy Bldg.<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | PO Box 105262<br>Atlanta, GA 30348 |
| U.S. Attorney<br>300 Fannin St., Ste. 3201<br>3196 Federal Bldg.<br>Shreveport, LA 71101 | Auto-Chlor System<br>PO Box 4869, Dept. 205<br>Houston, TX 77210 |
| | Church Mutual Insurance Co.<br>PO Box 2912<br>Milwaukee, WI 53201 |
| Office of the US Trustee<br>300 Fannin Street<br>3196 Federal Bldg.<br>Shreveport, LA 71101 | Community Coffee<br>PO Box 60141<br>New Orleans, LA 70160 |
| Dept. Of Housing and Urban Develop.<br>Shreveport Office Building<br>401 Edwards Street, Suite 1510<br>Shreveport, LA 71101-5513 | De Lage Landen Financial<br>PO Box 41602<br>Philadelphia, PA 19101 |
| | Delma Wilburn, R.D.<br>201 Pocahontas Court<br>Pineville, LA 71360 |
| AT & T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | Doerle Food Service<br>113 Kol Drive<br>Broussard, LA 70518 |
| American Red Cross<br>425 Bolton Avenue<br>Alexandria, LA 71303 | |
| AT & T | E.L. Gremillion & Son, Inc. |

| | |
|---|---|
| PO Box 8676<br>Alexandria, LA 71306 | Sayes Office Supply<br>1405 MacArthur Drive<br>Alexandria, LA 71301 |
| Interface Security Systems, LLC<br>2112 N. Bolton Avenue<br>Alexandria, LA 71303 | Simpson Security Systems, Inc.<br>PO Box 12418<br>Alexandria, LA 71315 |
| J & J Exterminating<br>56 MacArthur Drive<br>Alexandria, LA 71303 | Southern Research<br>PO Box 1590<br>Shreveport, LA 71165 |
| Jefferson Sprinkler, Inc.<br>PO Box 129<br>Gretna, LA 70054 | Suddenlink<br>PO Box 660365<br>Dallas, TX 75266 |
| KDM Electronic, LLC<br>3204 Fern Street<br>Alexandria, LA 71307 | TKE Corporation<br>PO Box 933004<br>Atlanta, GA 31193 |
| Regions Bank<br>1439 Centre Court<br>Alexandria, LA 71303 | Weiser Security Services<br>PO Box 51720<br>New Orleans, LA 70151 |

by depositing a copy of same in the U. S. mail, properly addressed with pre-paid postage affixed.

Alexandria, Louisiana this 5th day of December, 2011.

       /s/ Bradley L. Drell
        OF COUNSEL